1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant MATA-PEREZ

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,              )
                                          )   No. CR 07-70349 BZ
10           Plaintiff,                    )
                                          )   STIPULATION AND ORDER
11 vs.                                     )   CONTINUING CHANGE-OF-PLEA
                                          )
12 VICTOR MATA-PEREZ                       )
                                          )   Date:      July 17, 2007
13                                         )   Time:      9:30 a.m.
             Defendant.                    )   Court:     The Honorable James
14                                         )              Larson
                                          )
15 ──────────────────────────────────

16

17                              STIPULATION

18

19         The parties hereby stipulate and request that the change of plea hearing in this matter be

20 continued from July 17, 2007 to July 26, 2007 at 9:30 a.m.  The purpose of the delay is to allow the

21 parties to finalize a plea agreement in the matter.  To enable a favorable disposition, defendant Victor

22 Mata-Perez hereby waives his right under Federal Rule of Criminal Procedure 5.1 to an indictment

23 within 10 days of the initial appearance.  As the delay in indictment will inure to Mr. Mata-Perez'

24 benefit, the parties jointly request the Court to find good cause for the delay in the defendant's

25 \\

26 \\

1    indictment, and that the time requirements of FRCP 5.1 be waived through July 26, 2007.

2    It is so stipulated.

3
     DATED:7/13/07                                    /s/
4                                           ELIZABETH M. FALK
                                            Assistant Federal Public Defender
5
     DATED:7/16/07                                    /s/
6                                           DEREK OWENS
                                            Assistant United States Attorney
7

8    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9    "conformed" signature (/S/) within this e-filed document.

10   **IT IS SO ORDERED.**

11   DATED:

12                                          THE HONORABLE JAMES LARSON
                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26
     STIP & ORDER CONTINUING
     COP HEARING
     *United States v. Mata-Perez*
     CR 07-70349 BZ                        - 2 -