```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA 94102
 4  Telephone: (415) 436-7700

 5  Counsel for Defendant MATA-PEREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR MATA-PEREZ,<br><br>    Defendant. | No. CR 07-70349 BZ<br><br>STIPULATION AND ORDER CONTINUING CHANGE-OF-PLEA<br><br>Date:   July 17, 2007<br>Time:  9:30 a.m.<br>Court: The Honorable James Larson |

STIPULATION

The parties hereby stipulate and request that the change of plea hearing in this matter be continued from July 17, 2007 to July 26, 2007 at 9:30 a.m. The purpose of the delay is to allow the parties to finalize a plea agreement in the matter. To enable a favorable disposition, defendant Victor Mata-Perez hereby waives his right under Federal Rule of Criminal Procedure 5.1 to an indictment within 10 days of the initial appearance. As the delay in indictment will inure to Mr. Mata-Perez' benefit, the parties jointly request the Court to find good cause for the delay in the defendant's

\\
\\

1 indictment, and that the time requirements of FRCP 5.1 be waived through July 26, 2007.

2 It is so stipulated.

3

4 DATED: 7/13/07     /s/
ELIZABETH M. FALK
Assistant Federal Public Defender

5

6 DATED: 7/16/07     /s/
DEREK OWENS
Assistant United States Attorney

7

8 I hereby attest that I have on file all holograph signatures for any signatures indicated by a

9 "conformed" signature (/S/) within this e-filed document.

10

11 **IT IS SO ORDERED.**

12 DATED: July 16, 2007

THE ~~HONORABLE~~
~~UNITED STATES MAGISTRATE~~ JUDGE

*APPROVED — Judge Nandor J. Vadas*

STIP & ORDER CONTINUING
COP HEARING
*United States v. Mata-Perez*
CR 07-70349 BZ     - 2 -