AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

18 U.S.C. §1028(a)(4) - Possession of an Identification Document with the Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-Filing

**PENALTY:**
Maximum Prison Term 1 year
Maximum Fine $100,000
Maximum Term of Supervised Release 1 year
Mandatory Special Assessment $25

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70349 BZ

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DEREK OWENS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL 16 AM 10:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
▶ VICTOR MATA PEREZ

DISTRICT COURT NUMBER
CR 07 0449 MAG

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 7/2/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ 6/18/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ 6/18/2007

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6   **E-Filing**
7
8

FILED

07 JUL 16 AM 11:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

12                    CR                     0449 MAG

| | |
|---|---|
| 13  UNITED STATES OF AMERICA, ) | No. |
| 14       Plaintiff,            ) | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document With Intent to Defraud the United States (Class A Misdemeanor) |
| 15  v.                         ) | |
| 16  VICTOR MATA PEREZ,         ) | |
|     a/k/a Juan Manuel Figueroa Ruiz, ) | |
| 17                             ) | SAN FRANCISCO VENUE |
| 18       Defendant.            ) | |

19
20                    I N F O R M A T I O N

21  The United States Attorney charges:

22      On or about June 18, 2007, in the Northern District of California, the defendant,

23                    VICTOR MATA PEREZ,
                    a/k/a Juan Manuel Figueroa Ruiz,
24

25  knowingly possessed an identification document, authentication feature, or false identification

26  document that was not an identification document issued lawfully for his use, to wit: a United

27  States passport bearing the name Juan Manuel Figueroa Ruiz and numbered 403174495, with the

28  intent that such document or feature be used to defraud the United States, in violation of Title 18,

1  United States Code, Section 1028(a)(4), a Class A Misdemeanor.

2

3  DATED: July 10, 2007                    SCOTT N. SCHOOLS
                                           United States Attorney
4

5
                                           _____
6                                          IOANA PETROU
                                           Chief, Major Crimes Section
7

8  (Approved as to form: _____)
                         DEREK R. OWENS
9                        Assistant United States Attorney