# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

FILED
2008 JUL 24 PM 3: 20
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

**Report on Offender Under Supervision**

Name of Offender: Victor Mata Perez         Docket No.: CR 07-00449-001 JL

Name of Sentencing Judge:  James Larson
United States Magistrate Judge

Date of Original Sentence: July 26, 2007

Original Offense:
Count One: Possession of an Identification Document with Intent to Defraud the United States, 18 U.S.C. § 1028(a)(4), a Class A misdemeanor.

Original Sentence: Two (2) months custody and one (1) year supervised release.
Special Conditions: Home confinement with electronic monitoring eight (8) months; special assessment $25.00; fine $1,000.00.

Type of Supervision: Supervised Release        Date Supervision Commenced: September 1, 2007
Assistant U.S. Attorney: Wendy Thomas          Defense Counsel: Elizabeth Meyer Falk (Appointed)

**Petitioning the Court to Take Judicial Notice**

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the special condition to participate in Home Confinement for a period of eight months. |

> According to the Bureau of Immigration and Customs Enforcement (BICE), on September 19, 2007, the offender was deported to Mexico. The offender was not placed on Home Confinement, due to the offender's deportation to Mexico.
>
> The above violation is evidenced by the chronological records from the U.S. Probation Office.

NDC-SUPV-FORM 12A 06/23/08

Two	There is probable cause to believe that the offender violated the special condition to pay his $1,000.00 fine.

> According to the Bureau of Immigration and Customs Enforcement (BICE), on September 19, 2007, the offender was deported to Mexico. On July 15, 2008, the U.S. Attorney's Office, Financial Litigation Unit (FLU) confirmed the offender failed to pay his $1,000.00 fine.
>
> The above violation is evidenced by the Case Inquiry Report from FLU dated July 15, 2008 and chronological records from the U.S. Probation Office.

### Action Taken and Reason

The offender has been deported to Mexico where he remains. Due to the offender's deportation, the probation office has been unable to enforce the offender's condition to complete home confinement and pay his fine. The offender's supervision is due to terminate on August 31, 2008. The probation office is recommending that supervision be allowed to terminate as scheduled with the remaining fine balance of $1,000.00 and home confinement.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                              Reviewed by:

Wayne A. Mirikitani                                  Amy Rizor
U.S. Probation Officer Assistant                     Supervisory U.S. Probation Officer

Date Signed: July 21, 2008

THE COURT ORDERS:
☒ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

7-24-08
Date

James Larson
United States Magistrate Judge

NDC-SUPV-FORM 12A 06/23/08